COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
    E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
    E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
    E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
WALMART INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEBRA HARRIS,<br><br>             Plaintiff,<br><br>vs.<br><br>WALMART; WALMART INC.;<br>JOHN DOES 1-10, JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE JOINT<br>VENTURES 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br>Inclusive,<br><br>             Defendants. | CIVIL NO.  22-00044 DKW-KJM<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE OF ALL<br>CLAIMS AND ALL PARTIES**<br><br><br><br>Trial: March 6, 2023<br>Judge: Honorable Derrick K. Watson |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF
## <u>ALL CLAIMS AND ALL PARTIES</u>

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint

against Defendant WALMART INC. (incorrectly identified as "WALMART" and

"WALMART INC"), and of all other claims and all other parties, are hereby

dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

All parties who have appeared have executed this Stipulation.  There

are no remaining parties or issues.

Trial of this matter is scheduled for March 6, 2023.

DATED:  Honolulu, Hawaii, January 19, 2023.


/s/ Hannah McKee
ROBERT P. MARX
HANNAH McKEE
Attorneys for Plaintiff
DEBRA HARRIS


/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
Attorneys for Defendant
WALMART INC.

APPROVED AND SO ORDERED:

DATED:  January 20, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

**DEBRA HARRIS V. WALMART, et al.; CIVIL NO.   22-00044 DKW-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**